# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2021

162878 & (17)(21)(22)(23)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MICHAEL T. ANDARY, M.D., Conservator
and Guardian of ELLEN M. ANDARY, LIP,
RONALD KRUEGER, Guardian of PHILIP
KRUEGER, LIP, and MORIAH, INC., d/b/a
EISENHOWER CENTER,
        Plaintiffs-Appellants,

v

                                   SC: 162878
                                   COA: 356487
USAA CASUALTY INSURANCE COMPANY       Ingham CC: 19-000738-CZ
and CITIZENS INSURANCE COMPANY OF
AMERICA,
        Defendants-Appellees.
_____/

      On order of the Court, the motion for immediate consideration of the application
and the motions for leave to file briefs amicus curiae are GRANTED. The application for
leave to appeal prior to decision by the Court of Appeals is considered, and it is
DENIED, because the Court is not persuaded that the questions presented should be
reviewed by this Court before consideration by the Court of Appeals.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2021

a0511



Clerk